1  CENTER FOR DISABILITY ACCESS
2  Ray Ballister Jr., Esq., SBN 111282
   Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
   AmandaS@potterhandy.com
6  Attorneys for Plaintiff
7
   Vahe Khojayan (SBN 261996)
8  E-mail: vahe@kglawapc.com
   KG Law, APC
9  1010 N. Central Ave. Ste. 450
   Glendale, CA 91202
10 Tel: (818) 245-1340
11 Fax: (818) 245-1341
   Attorney for Defendant
12 Fusion Excel Corp.

13

14                    UNITED STATES DISTRICT COURT
15                   CENTRAL DISTRICT OF CALIFORNIA

16  ORLANDO GARCIA,                    )  Case No.: 2:20-cv-00617-MWF-GJS
17         Plaintiff,                  )
                                       )  **JOINT STIPULATION FOR**
18     v.                              )  **DISMISSAL PURSUANT TO**
                                       )  **F.R.C.P. 41 (a)(1)(A)(ii)**
19  FUSION EXCEL CORP., a California   )
    Corporation; and Does 1-10,        )
20                                     )
           Defendants.                 )
21                                     )
22

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 17, 2020     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: September 17, 2020     KG Law, APC

By: /s/ Vahe Khojayan
Vahe Khojayan
Attorney for Defendant
Fusion Excel Corp.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Vahe Khojayan, counsel for Fusion Excel Corp., and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 17, 2020    CENTER FOR DISABILITY ACCESS

                                          By: /s/ Amanda Seabock
                                              Amanda Seabock
                                              Attorneys for Plaintiff